762 A.2d 651

IN THE MATTER OF WILLIAM F. ARANGUREN,
AN ATTORNEY AT LAW.

December 6, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **WILLIAM F. ARANGUREN** of **JERSEY CITY,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate), *RPC* 1.16(d) (failure to comply with obligations for termination of representation), *RPC* 3.2 (failure to expedite litigation), *RPC* 8.1(b) (misstatements of fact or failure to disclose facts in connection with disciplinary matter) and *RPC*

8.4(c) (dishonesty, fraud, deceit or misrepresentation); and good cause appearing;

It is ORDERED that **WILLIAM F. ARANGUREN** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective January 2, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.